### PAPERS IN FILE
[None]

# ROBERT SMART
### v.
# WILLIAM RUSSELL

## 1811

### JOURNAL ENTRIES

1. Declaration filed . . . . . . . . . *Journal, infra,* \*p. 372
2. Jurors; verdict . . . . . . . . . . . . " 383

## Papers in File

1. Precipe for capias . . . . . . . . . . . . . . .
2. Capias and return . . . . . . . . . . . . . .
3. Declaration . . . . . . . . . . . . . . . .
4. Subpoena for Joseph Spencer . . . . . . . . . . .
5. Subpoena for Henry Hudson . . . . . . . . . . . .
6. Verdict for defendant . . . . . . . . . . *Printed in Vol. 2*